

# In the Missouri Court of Appeals
# Eastern District

FEBRUARY 10, 2015

THE FOLLOWING CASES WERE AFFIRMED IN ACCORDANCE WITH RULE 84.16(b) OR RULE 30.25(b).

1.      ED100977    CORY J. BROOKS, APP V STATE OF MISSOURI, RES

2.      ED101046 C. HERMANN APP V MO ST PUBLIC DEF SYSTEM ETAL RES

3.      ED101153 RONALD C. HAMILTON, APP V STATE OF MISSOURI, RES

4.      ED101397 ANTONIO POWELL, APP V. STATE OF MISSOURI, RES